Argued and submitted July 24, conviction affirmed; conditions of parole vacated; remanded for resentencing August 28, 1991

## STATE OF OREGON,
*Respondent,*

*v.*

## LYLE D. BANFORD,
*Appellant.*

(CF 89-725; CA A64801)

815 P2d 718

Sally L. Avera, Public Defender, Salem, argued the cause and filed the brief for appellant.

Timothy Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, Janet A. Klapstein, Assistant Attorney General, and Marianne Ghim, Certified Law Student, Salem.

Before Richardson, Presiding Judge, and Warren and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of rape. ORS 163.375. The trial court sentenced him to ten years imprisonment and ordered several conditions of parole. The state acknowledges that the court could *recommend* conditions of parole but concedes that it lacked authority to impose the conditions. *See State v. Edwards,* 103 Or App 410, 797 P2d 402 (1990).

Conviction affirmed; conditions of parole vacated; remanded for resentencing.